UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MR. SIDNEY FRANCE,

                Plaintiff,

- against -

LEGAL AID SOCIETY, and
MICHAEL F. BERGER (Legal Aid Society),

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV-14-2348 (SJF)(GRB)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ MAY 13 2014 ★
LONG ISLAND OFFICE

A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 12, 2014, *sua sponte* dismissing the complaint in its entirety pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b), directing the Clerk of the Court to close this case, and denying *in forma pauperis status* for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the complaint is dismissed in its entirety pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b); that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
        May 13, 2014

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                        By:   /s/ Catherine Vukovich
                              Deputy Clerk